UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-90-SPC-KCD

JONNETRIC DEVONTE IVEY

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 39). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order of forfeiture for a Taurus International G2S 9mm pistol with magazine (SN: ACM709222), and ammunition (hereinafter "Assets") that were involved in or used in Count One of the Indictment. *See* 18 U.S.C. §924(d)(1); 28 U.S.C. §2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the Assets to the adjudicated offense. The Court thus finds the United States is entitled to possession of the Assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 39) is **GRANTED**.

1. The Taurus International G2S 9mm pistol with magazine (SN: ACM709222) and ammunition are **FORFEITED** to the United States

for disposition according to law and subject to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2. The Court retains jurisdiction to the extent necessary to complete the forfeiture and disposition of the Assets.

**DONE AND ORDERED** in Fort Myers, Florida on February 29, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record