UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:23-cr-90-SPC-KCD

JONNETRIC DEVONTE IVEY

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 45). The Government seeks to have forfeited **a Taurus International G2S 9mm pistol with magazine (SN: ACM709222), and ammunition ("Assets')**, which were subject to a Preliminary Order of Forfeiture (Doc. 40). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 45) is **GRANTED**.

1. Defendant's interest in **a Taurus International G2S 9mm pistol with magazine (SN: ACM709222), and ammunition** are **CONDEMNED** and **FORFEITED** to the United States for

disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on May 8, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

2